PS 8
(8/88)

# United States District Court
for
## Western District of Tennessee

FILED BY _____ D.C.

05 SEP 14 PM 6:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. Carlos L. Burns                                          Docket No. 04-20470-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Stephanie K. Denton presenting an official report upon the conduct of Defendant Burns who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, on the 7th day of December, 2004, under the following conditions:

1) Report as directed to Pretrial Services, 2) Maintain or actively seek employment, 3) Refrain from any use or unlawful possession of a narcotic drug or other controlled substances, 4) Submit to any method of testing required by Pretrial Services, and 5) Participate in a program of drug treatment if deemed advisable by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Report as directed to Pretrial Services**
Defendant Burns failed to report on August 9, 2005, August 18, 2005, August 19, 2005, and September 13, 2005. This officer has been unable to contact Defendant Burns since August 18, 2005.

**Refrain from any use or unlawful possession of a narcotic drug or other controlled substances**
On June 21, 2005, the defendant signed a voluntary admission of illegal drug use admitting to smoking marijuana on June 13, 2005. On that same date, he tested positive for marijuana that was confirmed positive by Kroll Laboratories. On August 16, 2005, the defendant verbally admitted to smoking marijuana on August 9, 2005.

**Submit to any method of testing required by Pretrial Services**
Defendant Burns has been unable to be tested for illicit drug use since June 21, 2005, due to his failure to report to Pretrial Services.

**Participate in a program of drug treatment if deemed advisable by Pretrial Services**
On August 16, 2005, Defendant Burns was directed to report on August 19, 2005, to discuss drug treatment. Mr. Burns has not been referred to drug treatment due to his failure to report to Pretrial Services.

ORDER OF COURT

Considered and ordered this September day of 14, 2005 and ordered files and made a part of the records in the above case.

_____
U.S. ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2005

_____
Stephanie K Denton
U.S. Pretrial Services Officer

Place    Memphis, TN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20470 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT