IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /7/ D.C.

05 DEC 15 PM 12: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20470-D |
| CARLOS BURNS, | * | |
| Defendant. | * | |

## ORDER TO RELEASE DEFENDANT

The Court hereby orders that the Defendant, Carlos Burns, shall be immediately released from custody. Upon release, the Defendant is ordered to report to the United States Probation Office to begin his supervision pending the entry of the final Judgement and Commitment in this case.

It is so Ordered, Adjudged and Decreed this 15th day of December 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20470 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT